Argued and submitted February 13,
reversed and remanded for new trial March 24, 1980

STATE OF OREGON,
*Respondent,*

*v.*

GLORIA McMASTER,
*Appellant.*

(No. DA 143939-7801, CA 16231)

608 P2d 583

Chris Mohr, Portland, argued the cause for appellant. With him on the brief was Gregory Kafoury, Portland.

Robert C. Cannon, Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were James A. Redden, Attorney General, and Walter L. Barrie, Solicitor General, Salem.

Before Schwab, Chief Judge, and Richardson and Gillette,* Judges.

PER CURIAM

---

*Gillette, J., *vice* Lee, J., deceased.

## PER CURIAM

This is a companion case to *State v. Meyer,* decided today, and it involves Meyer's co-defendant.

Reversed and remanded for new trial. *State v. Meyer, Jr.,* 45 Or App 375, 608 P2d 582 (1980).